

ORIGINAL

**FILED**

07/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0216

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0216

MATTHEW PEAVLER,

Plaintiff and Appellant,

v.

ROCKY MOUNTAIN SUPPLY,

Defendant and Appellee.

FILED

JUL 12 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on July 12, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(a) provides that the table of cases must be "alphabetically arranged," and must "reference[] to the pages of the brief where [cases and other authorities] are cited." The Court has determined that the Appellant's opening brief does not comply with the referenced Rule. Although the Appellant's opening brief includes a table of authorities, the cases are not arranged alphabetically as the rule requires.

M. R. App. P. 12(1)(d) requires that an appellate brief must contain a "statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear." Pursuant to M. R. App. P. 12(9), references to the record "must be to particular parts of the record, suitably designated, and to specific pages of each part." The opening brief's statement of facts does not contain appropriate references to the record.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Dated this 12th day of July, 2022.

For the Court,

By _____
Justice